1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY MORTENSEN, ) | |
| ) | NO.  CV-10-3006-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| CITY OF GRANGER, OFFICER R. J. ) | |
| KAMPERT and RAMONA FONSECA, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

   Pursuant to the stipulation of the parties (ECF No. 78) filed June 16, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

   The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

   **DATED** this 21st day of June, 2011.

                              *s/Lonny R. Suko*
                         _____
                              LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL